the brief for Hawkeye Stages, Inc. *Messrs. John Fletcher,* Attorney General of Iowa, *Maxwell A. O'Brien,* Assistant Attorney General, *J. H. Henderson,* Commerce Counsel of Iowa, and *Stephen Robinson,* Assistant Commerce Counsel, were on the brief for the Board of Railroad Commissioners of Iowa *et al.*

No. —, original. Ex parte Rhode Island et al. Motion submitted January 6, 1930. Decided January 8, 1930. The motion for leave to file a petition for writ of mandamus is denied. *Mr. Sigmund W. Fischer, Jr.,* for petitioner in support of the motion. *Solicitor General Hughes* for respondent in opposition thereto.

No. —, original. Ex parte Bradford. Motion submitted January 6, 1930. Decided January 13, 1930. The motion for leave to file petition for writ of mandamus is denied. *Mr. Otto Gresham* for petitioner.

No. 21, original. Ex parte Northern Pacific R. Co. et al. Motion submitted January 6, 1930. Decided January 13, 1930. On consideration of the motion for the issuance of a formal writ of mandamus herein and of the supplement to such motion. It is ordered that a formal and peremptory writ of mandamus issue in this cause, conformable to the rule to show cause which was made absolute by this Court's opinion of December 2, 1929, and that there be included in such formal writ a direction requiring the defendant, Bourquin, to vacate so much of his order of December 14, 1929, as assumes to appoint a Special Master to take testimony and assumes to fix a time for the final hearing of the cause before the statutory court of three judges. *Mr. Dennis F. Lyons* submitted the motion for petitioners. See *ante,* p. 142.